AO 91 (Rev. 02/09)   Criminal Complaint

DOA
09-14-17

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Marvin Mendez-Juarez, | )  Case No.  17 - 9384 MJ |
| (A088 771 288) | ) |
| _Defendant_ | ) |
| | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 3, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), a felony, and Title 8, U.S.C. § 1325(a)(2) a class B misdemeanor, an offense described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

_CEB_

REVIEWED BY:   Charles E. Bailey, P.S. for SAUSA Ryan J. Goldstein

☒ Continued on the attached sheet.

_Complainant's signature_

Darrin J. McNeill,
Deportation Officer
_Printed name and title_

Sworn to before me and signed in my presence.

Date:   September 14, 2017

_Judge's signature_

City and state:   Phoenix, Arizona

Eileen S. Willett,
United States Magistrate Judge
_Printed name and title_

## ATTACHMENT A

### Count 1

On September 3, 2017, Marvin Mendez-Juarez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about April 25, 2008, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

### Count 2

On September 3, 2017, at or near Phoenix, in the District of Arizona, Marvin Mendez-Juarez, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

1

## STATEMENT OF PROBABLE CAUSE

I, Darrin J. McNeill, being duly sworn, hereby depose and state as follows:

1.  Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2.  On September 3, 2017, Marvin Mendez-Juarez was booked into the Maricopa County Jail (MCJ) by the Gilbert Police Department on local charges. While incarcerated at the MCJ, Mendez-Juarez was examined by ICE Officer S. Obrand who determined him to be a citizen of Guatemala, illegally present in the United States. On that same date, an immigration detainer was lodged with the MCJ. On September 14, 2017, Mendez-Juarez was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Mendez-Juarez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3.  Immigration history checks revealed Marvin Mendez-Juarez to be a citizen of Mexico and a previously deported criminal alien.  Mendez-Juarez was removed from the United States to Mexico at or near Nogales, Arizona, on or about April 25, 2008, pursuant to a removal issued by an immigration official. There is no record of Mendez-Juarez in any Department of Homeland Security database to suggest that he

2

obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Mendez-Juarez's immigration history was matched to him by electronic fingerprint comparison.

4. Furthermore, there is no record of Marvin Mendez-Juarez in any Department of Homeland Security database to suggest that after his last removal from the United States he entered into the United States at an official Port of Entry. Had Mendez-Juarez presented himself at a Port of Entry, Department of Homeland Security records likely would reveal that information. Accordingly, your affiant believes that Mendez-Juarez entered the United States at a location not designated as an official Port of Entry, and thereby eluded examination and inspection by Immigration Officers of the United States. Mendez-Juarez's immigration history was matched to him by electronic fingerprint comparison.

5. On September 14, 2017, Marvin Mendez-Juarez was advised of his constitutional rights. Mendez-Juarez freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about September 3, 2017, Marvin Mendez-Juarez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about April 25, 2008, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and

3

on September 3, 2017, at or near Phoenix, in the District of Arizona, Marvin Mendez-Juarez, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2).

Darrin J. McNeill,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 14th day of September, 2017.

Eileen S. Willett,
United States Magistrate Judge

4